1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  JAMES A. SCHARF (CABN 152171)
   Assistant United States Attorney
4
        U.S. Attorney's Office/Civil Division
5       150 Almaden Blvd., Ste. 900
        San Jose, California 95113
6       Telephone: (415) 912-6370
        Email: james.scharf@usdoj.gov
7
   Attorneys for Defendant
8  United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN JOSE DIVISION

12 TRACY WASHINGTON,              )   CASE NO. 21-02340-BLF
                                  )
13               Plaintiff,       )
                                  )   STIPULATION OF DISMISSAL WITH
14     v.                         )   PREJUDICE PURSUANT TO SETTLEMENT
                                  )
15 UNITED STATES OF AMERICA,      )
                                  )
16               Defendant.       )
                                  )
17                                )
                                  )
18 _____ )

19
       The parties to this action hereby stipulate and agree that the above-referenced action is
20
   voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a),
21
   and pursuant to the Settlement Agreement dated November 23, 2021 in this action.
22

23 DATED: January 3, 2022              /s/ Marc A. Karlin
                                       Marc A. Karlin
24                                     Karlin & Karlin
                                       Plaintiff's Attorney
25

26

27 STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT
   Case No. 21-02340-BLF
28                                         1

|   |   |   |
|---|---|---|
| 1 |  | STEPHANIE M. HINDS |
| 2 |  | United States Attorney |
| 3 | DATED: January 3, 2022 | By: */s/ James A. Scharf* |
| 4 |  | James A. Scharf |
|   |  | Assistant United States Attorney |
|   |  | Attorney for Defendant USA |

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT
Case No. 21-02340-BLF

2